# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND CORDIRO BROWN** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 24-CV-5187 |
| | : | |
| **SGT. LADDERMORE** | : | |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this day of 5th June 2025, upon consideration of Plaintiff Raymond Cordiro Brown's *Second Motion to Proceed In Forma Pauperis,* (ECF No. 6), and his *Motion for Update* (ECF No. 5), it is hereby **ORDERED** that:

1. Brown's Second Motion to Proceed *In Forma Pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(g), for the reasons set forth in the accompanying Memorandum.

2. If Brown seeks to proceed with this case, he shall remit $405 to the Clerk of Court within thirty (30) days of the date of this Order. Any money that Brown pays toward the fees is not refundable, even if this case is dismissed.

3. In the event Brown pays the $405 fee, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen Brown's Complaint pursuant to 28 U.S.C. § 1915A.

4. If Brown fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

5. Brown's Motion for Update is **DENIED AS MOOT**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*